# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Trustees of the Ohio Bricklayers Health
and Welfare Fund, et al.,
    Plaintiff(s),

v.

Dalton Maintenance, Inc.,
    Defendant(s).

Case No. 1:12cv254
(Consent Case ; Litkovitz, M.J.)

## ORDER

Pursuant to telephonic notification by counsel that this matter has been settled between the parties:

It is ORDERED that this action is hereby DISMISSED with prejudice, provided that any of the parties may, upon good cause shown within sixty (60) days, reopen the action if settlement is not consummated.

The Court retains jurisdiction over the settlement contract for the purpose of its enforcement.

Date  2/6/13

awh    February 6, 2013

KAREN L. LITKOVITZ
United States Magistrate Judge